ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AURELIO SANCHEZ, | No. C05-4346 EMC |
| Plaintiff, | |
| vs. | JOINT MOTION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME; [PROPOSED] ORDER |
| GENERAL ELECTRIC COMPANY, VIAD CORP., NEW YORK SHIPBUILDING CORPORATION, NORTH CAROLINA SHIPBUILDING COMPANY, TODD SHIPYARDS CORPORATION, and DOES 1-300, | |
| Defendants. | |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial Case Management Conference* filed October 25, 2005 (Document 2), for the following good cause:

On November 29, 2005, Defendant GENERAL ELECTRIC COMPANY filed Document 6, a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District.

//

1       To date, the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") in Washington, D.C. has not entered a *Conditional Transfer Order* pursuant to MDL Panel Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to MDL Panel Rule 13(b).

      It is likely the case management deadlines set by this Court will come to pass before the Clerk of the MDL Panel acts.

      In addition, it has come to the attention of counsel that the Judge assigned to hear the cases pending in MDL 875, the Honorable Charles R. Weiner of the Eastern District of Pennsylvania, has recently passed away and that the Clerk of that Court has reported a backlog in cases transferred to that Court by the MDL panel.

      Further, service and/or responsive pleading is pending upon/from Defendants TODD SHIPYARDS CORPORATION NEW YORK SHIPBUILDING CORPORATION, and NORTH CAROLINA SHIPBUILDING COMPANY.

      Due to the pending action by the Clerk of the MDL Panel, and the time needed by the panel to consider the notices of Defendants, the following parties hereby STIPULATE to and respectfully request that the dates set forth in the *Order Setting Initial Case Management Conference* filed October 25, 2005 (Document 2), including the Case Management Conference currently set for February 22, 2006 be continued pending the outcome of the MDL Panel's decision on the merits of the transfer.  In addition, the parties request that the pre-Case Management Conference deadlines set forth in the Order Setting Initial Case Management Conference be vacated.

Dated: January 9, 2006                                        BRAYTON❖PURCELL LLP

                                                               /s/ *David R. Donadio*

                                       By: _____
                                                David R. Donadio
                                                Attorneys for Plaintiffs

//

//

Dated: January 10, 2006                    SEDGWICK, DETERT, MORAN & ARNOLD, LLP

       /s/ *Damon McClain*

By: _____
Damon McClain
Attorneys for Defendant
GENERAL ELECTRIC COMPANY


Dated: January 16, 2006                    CHARTER DAVIS, LLP

       /s/ *Whitney Aaron Davis*

By: _____
Whitney Aaron Davis
Attorneys for Defendant VIAD CORP


[~~PROPOSED~~]    **ORDER**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference* filed October 25, 2005 (Document 2) are hereby VACATED.

IT IS FURTHER ORDERED that the Case Management Conference is continued ~~a date on or after July 1, 200~~6 to ~~wit~~: Wednesday, July 5, 2006 at 1:30 p.m., Courtroom "C", 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: January 23, 2006

_____
Edward M. Chen
United States Magistrate Judge

*[Signature stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]*